Peter J. Barrett (VSB No. 46179)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Peter.Barrett@kutakrock.com
*Subchapter V Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-32924-FJS |
| | : | |
| KDZ Realty, LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | |

**ORDER APPROVING APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF PETER J. BARRETT, SUBCHAPTER V TRUSTEE**

THIS MATTER came before the Court upon the *Application for Compensation and Reimbursement of Expenses of Peter J. Barrett, Subchapter V Trustee* (the "Application"), filed by Peter J. Barrett (the "Trustee"), Subchapter V Trustee for the Bankruptcy Estate of KDZ Realty LLC (the "Debtor"), and it appearing that Trustee was appointed in this matter and provided services for which he seeks and award of compensation of fees in the amount of $10,908.00 and reimbursement of expenses in the amount of $39.35, that the services rendered by the Trustee were beneficial to the bankruptcy estate, that the fees and expenses are actual and necessary to the proper administration of the estate; and it further appearing that Trustee provided proper notice of the Application to all creditors and parties in interest, that no response or objection was filed to the Application, and for good cause shown, it is

**ORDERED, ADJUDGED AND DECREED THAT:**

1.     The Application is hereby approved.

2.      The Trustee is hereby awarded compensation in the amount of $10,908.00 and reimbursement of expenses in the amount of $39.35, totaling $10,947.35. The Trustee is authorized to apply the $1,000 currently held in his trust account to this award.

3.      The Debtor is hereby authorized and directed to pay the remaining fees and expenses approved herein.

4.      No further service of this Order shall be required, as counsel for all necessary parties shall receive service through the Court's ECF system.

5.      Judgement is entered against the Debtor and in favor of the Trustee in the amount of $9,947.35 and the Trustee is authorized to record this Judgment in any such Circuit Court in the Commonwealth of Virginia where the Debtor owns real property.

ENTERED: Apr 23 2026                                    /s/ Frank J Santoro
                                                    UNITED STATES BANKRUPTCY COURT JUDGE

Order submitted by:                                    Entered On Date:            Apr 23 2026

/s/ Peter J. Barrett
Peter J. Barrett (VSB No. 46179)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Peter.Barrett@kutakrock.com
*Subchapter V Trustee*


Seen and No Objection:


/s/ Kathryn R. Montgomery
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 233219

Seen and No Objection:


/s/ Martin Conway
Martin Conway
Conway Law Group
6802 Paragon Place, Suite 410
Richmond, VA 23230
*Counsel for the Debtor*


**CERTIFICATION PURSUSANT TO LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


/s/ Peter J. Barrett