**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

In re:                                              )
      KDZ Realty, LLC,                          )          Case No. 25-32924-FJS
                                                    )          Chapter 11
      Debtor.                                   )
_____)

## ORDER APPROVING APPLICATION FOR COMPENSATION

THIS MATTER came before the Court on the Application for Compensation of

Conway Law Group, PC, counsel for the Debtor [Doc. 94], and it appearing that: (1)

proper notice was given; (2) the services rendered were necessary and beneficial; and (3)

the fees requested, as amended, are reasonable under 11 U.S.C. § 330; it is hereby

ORDERED:

1. The Application is APPROVED;

2. Compensation in the amount of $19,343.50 is allowed;

3. Conway Law Group, PC is authorized to apply $3,757.00 held in its trust

   account toward the allowed compensation;

4. The Debtor is authorized and directed to pay the remaining balance of the

   allowed compensation after application of the trust funds.

5. Judgment is entered against the Debtor and in favor of Conway Law

   Group, PC in the amount of $15,586.50.

Martin C. Conway (VSB#34334)
Conway Law Group, PC
1320 Central Park Blvd., Ste 200
Fredericksburg, VA 22401
(855) 848-3011
(5751) 385-3334(fax)
martin@conwaylegal.com

**Richmond, Virginia**

Dated: Jun 4 2026                 /s/ Frank J Santoro

                                     Hon. Frank J. Santoro
                                     United States Bankruptcy Judge

                                   Entered On Docket: June 4, 2026

## END OF ORDER

I ASK FOR THIS:

/s/ Martin C. Conway
Martin C. Conway (VSB No. 34334)
Conway Law Group, PC
1320 Central Park Blvd, Ste 200
Fredericksburg, VA 22401
855-848-3011
571-285-3334 (fax)
*Counsel for the Debtor*


SEEN AND_____:

/s/ Peter J. Barrett
Peter J. Barrett
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
*Sub Chapter V Trustee*

/s/ B. Webb King
B. Webb King
701 East Broad Street, Suite 4304
Richmond, Virginia 233219
*Office of the United States Trustee*


## LOCAL BANKRUPTCY RULE 9022-1(C) ENDORSEMENT, CERTIFICATION

      I hereby certify that the foregoing Order has been endorsed by or on behalf of all necessary parties and counsel herein pursuant to Local Rule 9022-1.

/s/ Martin C. Conway

Martin C. Conway

## LOCAL BANKRUPTCY RULE 9022-1(B) SERVICE LIST

Would the Clerk please distribute notice of entry of this order to the following:

Curvey A. Reid/KDZ Realty
PO Box 25051
Richmond, VA 23260
*Debtor/Designee*

Peter J. Barrett
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
*Subchapter V Trustee*

Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 233219